IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN HOSEA HARDIN,

    Plaintiff,                    No. CIV S-10-1133 EFB P

    vs.

KAREN LATIMER, et al.,

    Defendants.          <u>ORDER</u>

_____/

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file and serve an amended complaint. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's October 24, 2011 request is granted and plaintiff has 30 days from the date this order is served to file and serve an amended complaint.

    So ordered.

DATED: November 8, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE