IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN HOSE HARDIN,

      Plaintiff,                      No. 2:10-cv-1133 EFB P

      vs.

KAREN LATIMER, et al.,

<u>ORDER</u>

      Defendants.

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* E.D. Cal. Local Rules, Appx. A, at (k)(4). On August 9, 2012, the court screened plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A. The court found service appropriate as to defendant Gowan, and granted plaintiff thirty days to submit documents necessary to effect service of process on defendant. Dckt. No. 22. The order warned plaintiff that failure to comply would result in this action being dismissed. The time for acting has passed and plaintiff has not submitted the materials necessary for service or otherwise responded to the court's order.

////

////

1

1   Accordingly, it is hereby ORDERED that this action is dismissed for failure to prosecute.
2   *See* Fed. R. Civ. P. 41(b), E.D. Cal. Local Rule 110.
3   DATED: September 24, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE