UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HOSEA HARDIN, | No. 2:10-cv-1133-EFB P |
| Plaintiff, | |
| v. | ORDER |
| KAREN LATIMER, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests a second extension of time to file his pretrial statement in accordance with the court's October 3, 2013 order and a copy of the operative complaint in this action. Defendants oppose the request. ECF No. 48.

Good cause appearing, it is hereby ORDERED that:

1. The Clerk is directed to serve a copy of the operative complaint, ECF No. 18, on plaintiff.

2. Plaintiff's second request for an extension of time (ECF No. 47) is granted and he has 30 days from the date this order is served to file his pretrial statement. *See* Fed. R. Civ. P. 6(b).

/////

/////

1

1       3. Absent a showing of substantial cause, the court does not intend to grant additional
2  requests for extensions of time.
3       So ordered.
4  Dated: December 3, 2013.

   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

2