1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KEVIN HOSEA HARDIN,                       No.  2:10-cv-1133-EFB P

12              Plaintiff,

13        v.                                   ORDER

14   KAREN LATIMER, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  He requests a second extension of time to file his pretrial statement in accordance

19   with the court's October 3, 2013 order and a copy of the operative complaint in this action.

20   Defendants oppose the request.  ECF No. 48.

21        Good cause appearing,  it is hereby ORDERED that:

22        1.  The Clerk is directed to serve a copy of the operative complaint, ECF No. 18, on

23        plaintiff.

24        2.  Plaintiff's second request for an extension of time (ECF No. 47) is granted and he has

25        30 days from the date this order is served to file his pretrial statement.  *See* Fed. R. Civ. P.

26        6(b).

27   /////

28   /////

1

3.  Absent a showing of substantial cause, the court does not intend to grant additional requests for extensions of time.

So ordered.

Dated:  December 3, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE